UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
April 03, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| William Stephen Carpenter, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-18-2587 |
| | § | |
| Lorie Davis, | § | |
|    Respondent. | § | |

## Order of Adoption

On March 27, 2019, Magistrate Judge Peter Bray entered a memorandum and recommendation recommending that William Stephen Carpenter's petition for writ of habeas corpus be denied with prejudice. (D.E. 14.) Carpenter filed objections (D.E. 15), which are denied. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed _04 . 03_ 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge